<div style="margin-left: sidebar">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WONG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELLEN ANDERSON, ET AL.,<br><br>　　　　　Defendants. | No. 3:14-cv-05524-CRB<br><br>**SCHEDULING ORDER RE MOTIONS TO DISMISS** |

　　　The Court is in receipt of pro se Plaintiff Christina Wong's motion (dkt. 26) for an extension of time to respond to the motions to dismiss filed by defendants San Francisco Housing Development Corporation ("SFHDC") (dkt. 11) and Borrower's Best (dkt. 14). The deadline to respond to SFHDC's and Borrower's Best's motions passed on February 4 and February 6, respectively, without any filing from Wong. Also pending is a joint motion to dismiss by defendants Ellen Anderson and Linda Harrison (dkt. 7), to which Wong did not respond, and a motion to dismiss by defendant City and County of San Francisco (dkt. 16), to which a response is due February 13.

　　　The Court hereby vacates the February 27, 2015 hearing on the motions to dismiss filed by SFHDC, Borrower's Best, Anderson, and Harrison. Those hearings are rescheduled and consolidated with the March 6, 2015, 10:00 a.m., hearing on the motion to dismiss filed by the City and County of San Francisco. Wong may file any written oppositions to all

pending motions by February 20, 2015. Defendants should file any replies by February 27, 2015. The Court puts all parties on notice that it might take the matter under submission without a hearing pursuant to Northern District of California Local Rule 7-1(b), so written filings should contain all arguments the parties wish to make in defense or opposition to the motions to dismiss.

**IT IS SO ORDERED.**

Dated: February 10, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE