**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTINA WONG,                          No. 3:14-cv-05524-CRB

12           Plaintiff,                       **ORDER DENYING MOTION FOR
                                              SUMMARY JUDGMENT**
13       v.

14   ELLEN ANDERSON, ET AL.,

15           Defendants.
                                        /
16

17       The Court is in receipt of pro se Plaintiff Christina Wong's motion for summary

18   judgment (dkt. 38).  The motion is hereby DENIED without prejudice as premature.  <u>See</u>

19   Scheduling Order re Motions to Dismiss (dkt. 35).

20       **IT IS SO ORDERED.**

21

22   Dated: February 13, 2015

23                                      CHARLES  R. BREYER
                                        UNITED STATES DISTRICT
                                        JUDGE
24

25

26

27

28