IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WONG, | No. 3:14-cv-05524-CRB |
| Plaintiff, | **ORDER DENYING MOTION TO ALTER/AMEND JUDGMENT** |
| v. | |
| ELLEN ANDERSON, ET AL., | |
| Defendants. | |

Now before the Court is Christina Wong's motion to alter or amend judgment (dkt. 80), which appears in substance to a motion for reconsideration of this Court's Order dismissing her case with prejudice for lack of subject-matter jurisdiction (dkt. 74). Wong's apparent unwillingness to accept a state forum for her state-law action does not change the fact that this Court lacks subject-matter jurisdiction as a matter of law.[1] For the reasons stated in this Court's previous Order, Wont's motion to alter/amend judgment or for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: April 14, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] In fact, it appears that Wong already litigated the underlying matter, unsuccessfully, in state court. See Request for Judicial Notice (dkt. 17) at Ex. D–F.