IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA WONG, | No. 3:14-cv-05524-CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ELLEN ANDERSON, ET AL., | |
| Defendants. | |

Having granted a motion to dismiss with prejudice in this case, the Court enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 14, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE